■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM FISCHER, Appellant. — Judgment of the County Court, Suffolk County (Copertino, J.), rendered February 17, 1981, affirmed. No opinion. The case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Titone, Gulotta and Bracken, JJ., concur.